450 A.2d 208

Commonwealth v. Kaminski, Appellant.
Petition for Allowance of Appeal
Denied Feb. 8, 1983.

Submitted October 28, 1981. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.